UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:10-cr-00068 |
| v. ) | |
| ) | |
| MARIO FREDERICK ) | |

## JUDGMENT AND COMMITMENT ORDER

The Court conducted a hearing on November 1, 2012, wherein the defendant admitted violating the terms of his probation by committing further criminal offenses. The Court orders his probation revoked.

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 11 months and 29 days. The Court recommends to the Bureau of Prisons that the defendant receive intensive mental health treatment in a residential facility. The Court further recommends to the Bureau of Prisons that the defendant receive sentence credit from July 31, 2012, the day he came into federal custody on this probation violation. The Court imposes no term of supervised release.

The Court has considered the advisory U.S. Sentencing Guidelines as well as the factors contained in 18 U.S.C. § 3553(a), and finds that the term of imprisonment imposed is necessary to promote respect for the law, provide just punishment for the offense, to afford adequate deterrence from further criminal conduct by the defendant, and to protect the public from further crimes.

IT IS SO ORDERED.

John T. Nixon
United States District Judge